UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

          Plaintiff,

– against –

VIMPELCOM LTD,

          Defendant.

**ORDER**

16 Crim. 137 (ER)

RAMOS, D.J.:

On October 31, 2019, the United States Government (the "Government") filed an unopposed motion to dismiss the Information in this case against defendant VimpelCom Ltd ("VimpelCom"). Doc. 17. Pursuant to Federal Rule of Criminal Procedure 48(a), "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." In support of its motion, the Government noted that VimpelCom has met all of its obligations under the deferred prosecution agreement it entered into with the Government on February 22, 2016. *See* Doc. 17. Because of this compliance, the Government "has determined that dismissal of the Information with prejudice is appropriate." *Id.* ¶ 7. VimpelCom does not object. Doc. 18.

The Government's motion is hereby GRANTED, and the case against VimpelCom is dismissed with prejudice. The Clerk of Court is respectfully directed to terminate the motion, Doc. 17, and to close the case.

SO ORDERED.

Dated: February 26, 2020
       New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.